LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00118 DAD |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |
| RONALD ISAAC ZELAYA MURILLO, | Date:   June 16, 2025<br>Time:   9:30 a.m.<br>Court:  Hon. Dale A. Drozd |
| Defendant. | |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1. This matter is presently set for an initial status conference on June 16, 2025. Defendant Zelaya requests that the status conference be continued to August 25, 2025, at 9:30 a.m.

2. Mr. Zelaya made his first appearance pursuant to a Criminal Complaint on April 5,

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2025. The grand jury returned an Indictment against him on May 8, 2025. (ECF Document 11).

3. This case involves charges of distribution of fentanyl occurring in Solano County on six separate occasions beginning in November 2023 until April 24, 2025. Mr. Zelaya speaks Spanish. He is presently being held in pre-trial detention at the Sacramento County Main Jail. Case preparation meetings with his counsel at the jail require the assistance of a Spanish language interpreter.

4. On June 5, 2025, the government released an initial batch of discovery materials in this matter. The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter.

5. Defense counsel has started his review of the discovery materials. He requires additional time to complete his review as well as to review them with Mr. Zelaya. He also needs additional time to conduct any follow-up investigation required to prepare Mr. Zelaya's case.

6. The government filed a Notice of Related Cases for this case and a matter pending against Defendant Jairo Raul Ventura (Case Number 2:25-cr-0119 WBS) before Senior United States District Judge William B. Shubb. (ECF Document 15). No order has been entered regarding the Notice of Related Cases as of June 11, 2025. The docket for Jairo Ventura's case indicates that he has not yet been arraigned and is waiting to be medically cleared up to appear in court.

7. Based on the recent disclosure of discovery materials, and the time needed for defense counsel to review the materials with Mr. Zelaya with the assistance of a Spanish language interpreter, defense counsel requests to continue the status

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

conference in this matter to August 25, 2025.  The government does not oppose the request.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 16, 2025, to August 25, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Mercado's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  June 11, 2025

MICHELLE BECKWITH
Acting United States Attorney

By   */s/ Todd D. Leras for*
ROBERT ABENDROTH
Assistant United States Attorney

DATED: June 11, 2025

By   */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
RONALD ZELAYA MURILLO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES and good cause appearing, it is hereby ordered that the status conference, scheduled for June 16, 2025, is vacated.  A new status conference is set for August 25, 2025, at 9:30 a.m.  The Court further finds, based on the representations of the parties and defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 16, 2025, up to and including August 25, 2025.

IT IS SO ORDERED.

Dated:  **June 11, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE