1  LAW OFFICE OF TODD D. LERAS
   Todd D. Leras, CA SBN 145666
2  455 Capitol Mall, Suite 802
3  Sacramento, California 95814
   (916) 969-9370
4  toddleras@gmail.com
   Attorney for Defendant
5  RONALD ISAAC ZELAYA MURILLO

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        | Case No.: 2:25-cr-0118 DAD
12 |                Plaintiff,
13 | vs.                              | STIPULATION AND ORDER TO
14 |                                  | CONTINUE STATUS CONFERENCE
15 | RONALD ISAAC ZELAYA MURILLO,
                                      | Date:    August 25, 2025
16 |                Defendant.        | Time:    9:30 a.m.
                                      | Court:   Hon. Dale A. Drozd
17

18

19

20     Plaintiff United States of America by and through Assistant United States Attorney

21 Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Isaac Zelaya

22 Murillo (hereafter "Zelaya"), stipulate as follows:

23     1.  This matter is presently set for a status conference on August 25, 2025.  Defendant
24
           Zelaya requests that the status conference be continued to November 17, 2025, at
25
           9:30 a.m.  Defendant Zelaya further requests that the time between August 25, 2025,
26
27         and November 17, 2025, be excluded for attorney preparation.

28 ORDER CONTINUING
   STATUS CONFERENCE

2. Defendant Zelaya is charged by Indictment with five counts of fentanyl distribution. A special agent with the Drug Enforcement Administration (DEA), operating in an undercover capacity, conducted controlled purchases in Solano County during a period extending from November 2, 2023, to April 24, 2025.

3. The government released discovery materials to defense counsel on June 5, 2025. The discovery disclosure consists of approximately 1,100 pages of reports, photographs, audio and video recordings, photographs, and other materials produced or obtained during DEA's investigation.

4. Defendant Zelaya is being held in pre-trial custody at the Sacramento County Jail. He is a native of Honduras. Spanish is his primary language. He requires the assistance of a Spanish language interpreter during all discovery review and case preparation meetings with defense counsel.

5. The defense requires additional time to review discovery materials and to conduct its own investigation of potential defenses in this matter. Defendant Zelaya lived in Oakland during the approximate twenty-month period of DEA's controlled purchase operations. Some of the events described in DEA's investigation occurred in Oakland. It is therefore likely that defense investigation will require travel to the Oakland area.

6. Based on the language barrier, and likely travel required for defense investigation, defense counsel requests to continue the status conference in this matter to November 17, 2025. The government does not oppose the request.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of August 25, 2025, to

ORDER CONTINUING
STATUS CONFERENCE

November 17, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

8. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  August 18, 2025

ERIC GRANT
Acting United States Attorney

By     */s/ Todd D. Leras for*
ROBERT ABENDROTH
Assistant United States Attorney

DATED: August 18, 2025

By     */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
RONALD ISAAC ZELAYA MURILLO

ORDER CONTINUING
STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for August 25, 2025, is vacated. A new status conference is set for November 17, 2025, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant Zelaya's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 25, 2025, up to and including November 17, 2025.

IT IS SO ORDERED.

Dated:   **August 18, 2025**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER CONTINUING
STATUS CONFERENCE