LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>          Defendant. | Case No.: 2:25-cr-0118 DAD<br><br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:       January 26, 2026<br>Time:      9:30 a.m.<br>Court:     Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1.  This matter is presently set for status conference on January 26, 2026. Defendant Zelaya requests that the status conference be continued to March 16, 2026, at 9:30 a.m.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2. This case involves charges of distribution of fentanyl occurring in Solano County on six separate occasions beginning in November 2023 until April 24, 2025.  Mr. Zelaya speaks Spanish.   He requires the assistance of a Spanish language interpreter during meetings with counsel.

3. Mr. Zelaya was initially held in pre-trial detention at the Sacramento County Main Jail.  He last appeared before this Court, on November 17, 2025, for hearing on a Motion to Dismiss (ECF Document 21) based on an alleged Sixth Amendment violation due to Congressional Failure to Fund the Criminal Justice Act.  On November 26, 2025, this Court issued an Order Denying the Motion to Dismiss as Moot.  (ECF Document 24).

4. Following his most recent court appearance, the United States Marshal transferred Mr. Zelaya to Taft Correctional Institution.  Defense counsel received notice of the transfer from Mr. Zelaya's family.  On January 12, 2026, the Federal Defender's Office sent out a notification that Mr. Zelaya had been transferred yet again to the Wayne Brown Correctional Facility (WBCF) in Nevada City, California.  WBCF is approximately sixty-five miles from defense counsel's office in downtown Sacramento.

5. The government previously released discovery materials in this matter.  The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter.

6. Defense counsel requires additional time to review discovery materials with Mr. Zelaya at WBCF.  He also needs additional time to conduct any follow-up investigation required to prepare Mr. Zelaya's case.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

7. The government filed a Notice of Related Cases for this case and a matter pending against Defendant Jairo Raul Ventura (Case Number 2:25-cr-0119 WBS) before Senior United States District Judge William B. Shubb.  (ECF Document 15). This Court issued an Order of Related Cases as to both matters on June 23, 2025. Mr. Jairo Ventura is scheduled for a Sentencing Hearing on January 26, 2026.  This request for continuance of status conference therefore does not apply to Mr. Jairo Ventura.

8. Based on the time needed for defense counsel to complete review of discovery materials with Mr. Zelaya with the assistance of a Spanish language interpreter at WBCF, defense counsel requests to continue the status conference in this matter to March 16, 2026.  The government does not oppose the request.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of January 26, 2026, to March 16, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Mercado's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  January 22, 2026

ERIC GRANT
United States Attorney

By     */s/ Todd D. Leras for*
      ROBERT ABENDROTH
      Assistant United States Attorney

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

DATED: January 22, 2026

By  */s/ Todd D. Leras*
TODD D. LERAS
Attorney for Defendant
RONALD ZELAYA MURILLO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, it is hereby ordered that the status conference as to Defendant Ronald Zelaya Murillo, scheduled for January 26, 2026, is vacated. A new status conference is set for March 16, 2026, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from January 26, 2026, up to and including March 16, 2026.

IT IS SO ORDERED.

Dated:    **January 23, 2026**    _Dale A. Drozd_____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE