LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>Defendant. | Case No.: 2:25-cr-0118 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:        March 16, 2026<br>Time:        9:30 a.m.<br>Court:       Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1. This matter is presently set for a status conference on March 16, 2026. Defendant Zelaya requests that the matter be continued for potential change of plea/further status conference to May 4, 2026, at 9:30 a.m.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2. This case involves charges of distribution of fentanyl occurring in Solano County on six separate occasions beginning in November 2023 until April 24, 2025.  Mr. Zelaya speaks Spanish.   He is presently being held in pre-trial detention at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California.  He has previously been held at the Sacramento County Jail and Taft Community Correctional Facility.  Case preparation meetings with his counsel, including review of discovery and discussion of potential resolution of the matter, at WBCF require the assistance of a Spanish language interpreter.  WBCF is approximately sixty-five miles from downtown Sacramento.

3. The government released for defense review discovery materials in this matter.  The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter.  Defense counsel continues to review these matters with Defendant at WBCF.  The parties are now engaged in settlement negotiation.  It is anticipated that the matter will resolve through a negotiated disposition.

4. Defense counsel requires additional time with Mr. Zelaya to discuss discovery materials and possible defenses, review the applicable sentencing guidelines, and to perform mitigation investigation in support of Mr. Zelaya's sentencing request.

5. Based on the ongoing defense mitigation investigation and settlement discussions, defense counsel requests to continue the status conference in this matter for potential change of plea/further status conference to May 4, 2026.  The government does not oppose the request.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et*

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

*seq.*, within which trial must commence, the time period of March 16, 2026, to May 4, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  March 11, 2026                    ERIC GRANT
                                          United States Attorney

                                          By ____*/s/ Todd D. Leras for*_____
                                             ROBERT ABENDROTH
                                             Assistant United States Attorney

DATED: March 11, 2026

                                          By ____*/s/ Todd D. Leras*_____
                                             TODD D. LERAS
                                             Attorney for Defendant
                                             RONALD ZELAYA MURILLO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the status conference, scheduled for March 16, 2026, is vacated. A potential change of plea/further status conference is set for May 4, 2026, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from March 16, 2026, up to and including May 4, 2026.

IT IS SO ORDERED.

Dated: __**March 12, 2026**__ _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE