LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>　　　　　Defendant. | Case No.: 2:25-cr-0118 DAD<br><br><br>STIPULATION AND ORDER TO<br>CONTINUE STATUS CONFERENCE<br><br>Date:　　　May 4, 2026<br>Time:　　　9:30 a.m.<br>Court:　　　Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1. This matter is presently set for a status conference/potential change of plea on May 4, 2026. Defendant Zelaya requests that the matter be continued to June 22, 2026, at 9:30 a.m.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2. This case involves charges of distribution of fentanyl occurring in Solano County on six separate occasions beginning in November 2023 until April 24, 2025. Mr. Zelaya speaks Spanish. He is presently being held in pre-trial detention at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. He has previously been held at the Sacramento County Jail and Taft Community Correctional Facility. Case preparation meetings with his counsel, including review of discovery and discussion of potential resolution of the matter, at WBCF require the assistance of a Spanish language interpreter. WBCF is approximately sixty-five miles from downtown Sacramento.

3. The government released for defense review discovery materials in this matter. The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter. Mr. Zelaya is a Honduran national. Many of his family members live in Honduras and are Spanish speakers. Defense counsel continues to review discovery materials and explore potential mitigation evidence, including information about Defendant's history and characteristics as they may impact his sentencing request, with Mr. Zelaya at WBCF.

4. The government provided a proposed plea agreement on April 28, 2026. Defense counsel requires additional time with Mr. Zelaya to review discovery materials, perform mitigation investigation, and discuss the settlement proposal - including review of the applicable sentencing guidelines and application of potential mitigating factors in support of Mr. Zelaya's sentencing request.

5. Based on the ongoing defense mitigation investigation and settlement discussions, defense counsel requests to continue the status conference in this matter for potential

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

change of plea/further status conference to June 22, 2026.  The government does not oppose the request.

6. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of May 4, 2026, to June 22, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B)(iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  April 30, 2026

ERIC GRANT
United States Attorney

By ___*/s/ Todd D. Leras for*___
　　ROBERT ABENDROTH
　　Assistant United States Attorney

DATED:  April 30, 2026

By ___*/s/ Todd D. Leras*___
　　TODD D. LERAS
　　Attorney for Defendant
　　RONALD ZELAYA MURILLO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

## ORDER

Pursuant to the stipulation of the parties and good cause appearing, the status conference /potential change of plea hearing, scheduled for May 4, 2026, is vacated.  A potential change of plea/further status conference is set for June 22, 2026, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from May 4, 2026, up to and including June 22, 2026.

IT IS SO ORDERED.

Dated:   **April 30, 2026**

_Dale A. Drozd_
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE