LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>Defendant. | Case No.: 2:25-cr-0118 DAD<br><br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date:    June 22, 2026<br>Time:    9:30 a.m.<br>Court:    Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1.   This matter is presently set for a status conference/potential change of plea on June 22, 2026.  Defendant Zelaya requests that the matter be continued to August 10, 2026, at 9:30 a.m.

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

2. This case involves charges of distribution of fentanyl occurring in Solano County on six separate occasions beginning in November 2023 until April 24, 2025.  Mr. Zelaya speaks Spanish.   He is presently being held in pre-trial detention at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California.  He has previously been held at the Sacramento County Jail and Taft Community Correctional Facility.  Case preparation meetings with his counsel, including review of discovery and discussion of potential resolution of the matter, at WBCF require the assistance of a Spanish language interpreter.  WBCF is approximately sixty-five miles from downtown Sacramento.  All meetings with Mr. Zelaya at WBCF must be coordinated with a Spanish language interpreter, usually coming from appearances in the East Bay or Sacramento region.

3. The government released for defense review discovery materials in this matter.  The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter.  Mr. Zelaya is a Honduran national.

4. The government has provided a proposed plea agreement.  Defense counsel is reviewing the settlement offer with Mr. Zelaya with the assistance of an interpreter at WBCF.  Additional defense investigation is required because of various provisions within the government's settlement offer.  The defense is also conducting investigation into Mr. Zelaya's history and characteristics in support of the anticipated defense sentencing request pursuant to 18 U.S.C. § 3553(a).

5. Many of Mr. Zelaya's family members live in Honduras and are Spanish speakers. The defense therefore requires additional time to complete its sentencing mitigation

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

investigation.

6. Based on the ongoing defense mitigation investigation and settlement discussions, defense counsel requests to continue the status conference in this matter for potential change of plea/further status conference to August 10, 2026. The government does not oppose the request.

7. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of June 22, 2026, to August 10, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED:  June 17, 2026

ERIC GRANT
United States Attorney

By ___ */s/ Todd D. Leras for* _____
    ROBERT ABENDROTH
    Assistant United States Attorney

DATED:  June 17, 2026

By ___ */s/ Todd D. Leras* _____
    TODD D. LERAS
    Attorney for Defendant
    RONALD ZELAYA MURILLO

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES and good cause appearing to exist for additional defense investigation, it is hereby ordered that the status conference/potential change of plea hearing, scheduled for June 22, 2026, is vacated.  A potential change of plea/further status conference is set for August 10, 2026, at 9:30 a.m.  The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial.  Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from June 22, 2026, up to and including August 10, 2026.

IT IS SO ORDERED.

Dated:   **June 17, 2026**                      _____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER
CONTINUING STATUS CONFERENCE