LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>Defendant. | Case No.: 2:25-cr-0118 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: August 10, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1. This matter is presently set for a status conference/potential change of plea on August 10, 2026. Defendant Zelaya requests that the matter be continued to August 31, 2026, at 9:30 a.m.

2. This case involves charges of distribution of fentanyl occurring in Solano County on

six separate occasions beginning in November 2023 until April 24, 2025. Mr. Zelaya is originally from Honduras. He speaks Spanish.

3. Mr. Zelaya is presently being held in pre-trial detention at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is approximately sixty-five miles from downtown Sacramento. All meetings with Mr. Zelaya at WBCF must be coordinated with a Spanish language interpreter, usually coming from appearances in the East Bay or Sacramento region.

4. The government released for defense review discovery materials in this matter. The materials consist of nearly 1,100 pages of reports, photographs, audio recordings, and other materials produced during the investigation of this matter.

5. The government provided a proposed plea agreement to resolve this matter. Defense counsel has reviewed the settlement offer with Mr. Zelaya. Mr. Zelaya requested through his counsel that the government consider various modifications to the settlement offer. Defense counsel discussed Mr. Zelaya's requests with the assigned prosecutor. The assigned prosecutor has agreed to pass along the modification requests for consideration by his office. Additional discussions with Mr. Zelaya and an interpreter at WBCF will therefore be required before this matter is ready to proceed to a change of plea hearing.

6. While the government is considering Mr. Zelaya's proposed settlement agreement changes, the defense is continuing with its investigation. This investigation concerns facts supporting Mr. Zelaya's settlement proposal changes and matters relating to his history and characteristics. The latter will be offered in support of his sentencing request pursuant to the factors in 18 U.S.C. § 3553(a) under either the original

settlement proposal or the potential modified version.

7. Many of the witnesses in this case, as well as Mr. Zelaya's family members, are Spanish speakers, requiring that statements be taken at times available for the interpreter and investigator. The defense therefore requires additional time to complete its case and sentencing mitigation investigation.

8. Based on the ongoing defense case and mitigation investigation and settlement agreement modification discussions, defense counsel requests to continue this matter for potential change of plea/further status conference to August 31, 2026. The government does not oppose the request.

9. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of August 10, 2026, to August 31, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: August 5, 2026

ERIC GRANT
United States Attorney

By *__/s/ Todd D. Leras for__*
ROBERT ABENDROTH
Assistant United States Attorney

DATED: August 5, 2026

By *_/s/ Todd D. Leras_*
TODD D. LERAS
Attorney for Defendant
RONALD ZELAYA MURILLO

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES and good cause appearing to exist for additional defense investigation, it is hereby ordered that the status conference/potential change of plea hearing, scheduled for August 10, 2026, is vacated. A potential change of plea/further status conference is set for August 31, 2026, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from August 10, 2026, up to and including August 31, 2026.

IT IS SO ORDERED.

Dated: **August 6, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE