LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
RONALD ZELAYA MURILLO

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RONALD ISAAC ZELAYA MURILLO,<br><br>Defendant. | Case No.: 2:25-cr-00118 DAD<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE<br><br>Date: October 26, 2026<br>Time: 9:30 a.m.<br>Court: Hon. Dale A. Drozd |

Plaintiff United States of America, by and through Assistant United States Attorney Robert Abendroth, and Attorney Todd Leras on behalf of Defendant Ronald Zelaya Murillo (hereafter Defendant or Mr. Zelaya) stipulate as follows:

1. This matter is presently set for a change of plea on October 26, 2026. Defendant Zelaya requests that the matter be continued for two weeks to November 9, 2026, at 9:30 a.m.

2. This case involves charges of distribution of fentanyl occurring in Solano County on

six separate occasions beginning in November 2023 until April 24, 2025. Mr. Zelaya is originally from Honduras. He speaks Spanish. He is facing a potential sentence ranging from a ten-year mandatory minimum up to lifetime imprisonment.

3. Mr. Zelaya is presently being held in pre-trial detention at the Wayne Brown Correctional Facility (WBCF) in Nevada City, California. WBCF is approximately sixty-five miles from downtown Sacramento. All meetings with Mr. Zelaya at WBCF must be coordinated with a Spanish language interpreter, usually coming from appearances in the East Bay or Sacramento region.

4. Mr. Zelaya last appeared before the Court on September 21, 2026. At that time, defense counsel represented that Mr. Zelaya is contemplating accepting a proposed plea agreement or entering an open plea to the charges in the Indictment. Mr. Zelaya had requested additional defense investigation into matters impacting his potential sentence.

5. Defense counsel attempted to arrange a meeting with Mr. Zelaya and an interpreter at WBCF to finalize preparations for a change of plea. Defense counsel contacted four different certified interpreters. Three of them were unavailable due to personal or professional obligations. The fourth is only available to meet at WBCF during the afternoon of Friday, October 23 – the last business day before the currently set change of plea hearing.

6. Given Mr. Zelaya's questions about potential sentencing issues and ongoing defense sentencing mitigation research and investigation, defense counsel believes that at least one more meeting with Mr. Zelaya will be needed before he is prepared to decide between an open plea or accepting the government's plea agreement proposal.

All three interpreters previously contacted indicate that they are available to meet at WBCF during the week of October 26.

7. Based on the ongoing discussions requiring interpreter assistance and defense sentencing mitigation investigation, Mr. Zelaya requests to continue his change of plea hearing to the Court's next available criminal calendar on November 9, 2026. The government does not oppose the request.

8. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of October 26, 2026 to November 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), and (B) (iv) [Local Code T-4] because it results from a continuance granted by the Court at Defendant Zelaya's request on the basis that the ends of justice served by taking such action outweigh the best interest of the public and the Defendant in a speedy trial.

Assistant U.S. Attorney Robert Abendroth has reviewed this proposed order and authorized Todd Leras via email to sign it on his behalf.

DATED: October 21, 2026

ERIC GRANT
United States Attorney

By *_/s/ Todd D. Leras for_*
ROBERT ABENDROTH
Assistant United States Attorney

DATED: October 21, 2026

By *_/s/ Todd D. Leras_*
TODD D. LERAS
Attorney for Defendant
RONALD ZELAYA

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES AND GOOD CAUSE APPEARING TO EXIST for additional defense meetings with a Spanish language interpreter at a distant detention facility and ongoing defense sentencing mitigation investigation, it is hereby ordered that change of plea hearing, scheduled for October 26, 2026, is vacated. A new change of plea hearing is set for November 9, 2026, at 9:30 a.m. The Court further finds, based on the representations of the parties and Defendant's request, that the ends of justice served by granting the continuance outweigh the best interests of the public and the Defendant in a speedy trial. Time shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow necessary attorney preparation taking into consideration the exercise of due diligence for the period from October 26, 2026, up to and including November 9, 2026.

IT IS SO ORDERED.

Dated: **October 21, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE